ACCEPTED
03-14-00250-CV
3772953
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 4:32:36 PM
JEFFREY D. KYLE
CLERK

In The
Court of Appeals
For The
Third District of Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 4:32:36 PM
JEFFREY D. KYLE
Clerk

NO. 03-14-00250-CV

American Homesites, TX, LLC and Alexandra Krot, *Appellants*

v.

Fidelity National Title Insurance Company, *Appellee*

On Appeal from the 353rd District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-14-000590

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' MOTION FOR REHEARING

Donald H. Grissom
don@gandtlaw.com
State Bar No. 08511550
509 West 12th Street
Austin, Texas 78701
(512) 478-4059
(512) 482-8410 fax

ATTORNEY FOR APPELLANTS

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE COURT OF APPEALS:

Appellants file this Unopposed Motion for Extension of Time to File a Motion for Rehearing, as authorized by Texas Rules of Appellate Procedure 10.5(b).

## A. Motion for Extension

1. Appellants are American Homesites, TX, LLC and Alexandra Krot ("Appellants").

2. Counsel for Appellants has a heavy docket load and have been diligently preparing for and conducting depositions in *Henry Garza, Roxann Garza, and Los Lonely Boys Touring, Inc. v. VenueTech Mgmt. Group, Inc.,* Case No. BC555144, in the Superior Court of the State of California for the County of Los Angeles.

3. Appellants have requested no other extensions of time to file a motion for rehearing and now wish to extend their deadline for filing the Appellants' Motion for Rehearing from January 15, 2015 to January 26, 2015. This is an extension of eleven days.

## B. Conclusion

4. For these reasons, Plaintiffs ask the Court to extend the time to file the Appellants' Motion for Rehearing from January 15, 2015 to January 26, 2015.

Respectfully submitted,

/s/DonaldHGrissom

**Donald H. Grissom**

don@gandtlaw.com

GRISSOM & THOMPSON, LLP

TX State Bar No. 08511550
509 West 12th Street
Austin, Texas 78701
512/478-4059
512/482-8410 Fax
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in compliance with Texas Rules of Appellate Procedure, via facsimile, electronic, or certified mail return receipt requested, on January 14, 2015.

/s/DonaldHGrissom
Donald H. Grissom

Christopher R. Mugica
Jackson Walker, LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
512-236-2000
512-236-2002 fax

## CERTIFICATE OF CONFERENCE

Counsel has conferred on this Motion on the 8th day of January 2015 and counsel for Fidelity National Title Insurance Company is unopposed to the Motion.

/s/DonaldHGrissom
Donald H. Grissom